In the Matter of JAMES F. LOUGHRAN, Respondent, *v.* ALFRED MARKLE et al., Constituting the Board of Supervisors of Ulster County, et al., Appellants.

(Argued January 23, 1935; decided February 26, 1935.)

*Arthur B. Ewig* for appellants.

*Harry H. Flemming* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not voting: LOUGHRAN, J.